Stuart D. Gavzy, Esquire
163 East Main Street
Little Falls, New Jersey 07424
973-256-6080
Fax: 973-256-3665
Attorney for Debtors,
(SG0543)

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

In the Matter of                  : Case No.:  09-22410 GMB
                                  : Chapter 13
Fredric G. Gilmore, IV            :
Jamie Gilmore                     : **SUBSTITUTION OF ATTORNEY**
_____:
Debtor(s)

    The undersigned hereby consent to the substitution of Stuart D. Gavzy, Esq., 163 East Main Street, Little Falls, New Jersey, as attorney for the Debtors, Fredric G. Gilmore, IV and Jamie Gilmore, in the above-referenced proceeding.

/s/ Stuart D. Gavzy, Esq.            /s/ Aurelia Mitchell Durant, Esq.
Stuart D. Gavzy                      Aurelia Mitchell Durant
Superceding Attorney                 Withdrawing Attorney